UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ROBERT T. MONASTRA, | : | |
| | : | Bankruptcy No. 09-15638 ELF |
| Debtor(s). | : | |
| _____ | : | |
| | : | |
| CHRISTINE MONASTRA, | : | |
| | : | |
| | : | |
| Plaintiff(s), | : | Adv. No. 10-090 ELF |
| | : | |
| v. | : | |
| | : | |
| ROBERT T MONASTRA, | : | |
| Defendant(s). | : | |
| | : | |

# ORDER

AND NOW, upon consideration of the Plaintiff's Motion for Judgment on the Pleadings ("the Motion") and the Debtor's Response thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's debts to the Plaintiff arising from the court orders entered in Monastra v. Monastra, No. 07-7121 (C.P. Dela.) are **DETERMINED** to be **NONDISCHARGEABLE**.

3. The adversary proceeding will remain open pending disposition of the Plaintiff's claim under §727(a).

4. **On or before November 1, 2010**, the Plaintiff shall file an appropriate motion to resolve the outstanding claim set forth in Count III of the Complaint.

Date: _October 6, 2010_  
_____  
**ERIC L. FRANK**  
**U.S. BANKRUPTCY JUDGE**